McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8942
    Facsimile: (415) 744-0134
E-mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| LOURDES RICO,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01146-SKO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME**<br><br>**(Doc. 21)** |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant shall have a 30-day extension of time, from July 16, 2020 to August 17, 2020, for Defendant to respond to Plaintiff's Opening Brief (Dkt. No. 19).

    This is Defendant's first request for an extension of time. Good cause exists for this extension due to the fact that this case was recently re-assigned to the undersigned counsel on July 6. Additional time is required to review the record, to evaluate the numerous issues raised

Stip. to Extend Time & Order; 1:19-cv-01146-SKO

1

in Plaintiff's brief, to determine whether options exist for settlement, and if not, to prepare Defendant's response to Plaintiff's motion. Defendant's counsel will endeavor to complete these tasks as soon as possible. This request is made in good faith and with no intention to unduly delay the proceedings, and counsel apologizes for any inconvenience.

Plaintiff does not oppose Defendant's request for an extension of time. The parties further stipulate that the deadline for any reply by Plaintiff, if necessary, will be extended accordingly.

Respectfully submitted,

Dated: July 9, 2020     PEÑA & BROMBERG, PLC

*/s/ Jonathan O. Peña*\_\_\_\_\_
(*as authorized via email on July 9, 2020)
JONATHAN O. PEÑA, ESQ.
Attorney for Plaintiff

Dated: July 9, 2020     McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:     */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

Stip. to Extend Time & Order; 1:19-cv-01146-SKO

ORDER

Pursuant to the parties' above stipulation (Doc. 21), IT IS HEREBY ORDERED that Defendant shall have until August 17, 2020, to file his response to Plaintiff's Opening Brief. All other dates in the Scheduling Order (Doc. 5) shall be extended accordingly.

IT IS SO ORDERED.

Dated:     **July 10, 2020**                                        /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE